Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCKER, | ) Case No. 09-CV-00293-MCE-EFB |
| Plaintiff, | ) |
| vs. | ) NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 27, 2009, for filing dispositional documents.

Dated: 4/2/09          KROHN & MOSS, LTD.

                                   /s/Ryan Lee
                                   Ryan Lee
                                   Attorney for Plaintiff
                                   Robert Tucker

Dated: 4/2/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   /s/ Debbie P. Kirkpatrick
                                   Debbie P. Kirkpatrick
                                   Attorney for Defendant
                                   NCO Financial Systems, Inc.